# **EXHIBIT D**

**EXHIBIT D**

I.    **VOI 2 DT 3.5 R3 TPLO PLATE**



II.   **VOI 2 DT 3.5 L3 TPLO PLATE**



III. **VOI 7 DT 2.7 R3 TPLO PLATE**



IV. **VOI 7 DT 2.7 L3 TPLO PLATE**

