# **EXHIBIT F**



Amanda M Kessel
610-719-5560
Kessel.Amanda@synthes.com

**November 8, 2013**

<u>*Via Email (jdoroshow@foxrothschild.com) and US Mail*</u>
James E. Doroshow
Fox Rothschild LLP
1800 Century Park East, Suite 300
Los Angeles, CA

**Re:  Veterinary Orthopedic Implants (VOI):  Locking TPLO Plates**

Dear Mr. Doroshow:

I write in response to your November 1, 2013 letter.  In that letter, you requested that DePuy Synthes identify the claims of US Patent No. 8,523,921 ('921 patent) that we contend are infringed by VOI's locking TPLO plate systems.  Each of the VOI products identified in my October 14th letter infringes claims 1-20 of the '921 patent either literally or under the doctrine of equivalents.

By way of example, below is a side by side comparison of Figure 1 of the '921 patent and VOI's Swiss Style TPLO Plate, Broad Locking DCP, Low Contact, Left (Item # 2 Swiss 2.7B L3):



In view of this comparison, your assertion that it is "not clear....why DePuy Synthes is making a claim of infringement" is unconvincing.  Also, the fact that VOI's tradename for the plate is "Swiss Style TPLO Plate"  together with its representations to the market that this plate is identical to DePuy Synthes' TPLO plate undermines the credibility of your assertion.  But if  you have any support for this assertion, we would be happy to consider it.



Additionally, DePuy Synthes is currently involved in litigation in the Eastern District of Pennsylvania (*Synthes v. Marotta and Emerge Medical*) based, in part, on the misappropriation of certain confidential and proprietary information related to our screw technology.  In view of this, VOI's statements to the market that its locking screws are "identical" to those of DePuy Synthes' screws is troublesome.  Accordingly, we also ask that you identify the manufacturing source and/or design firm used for VOI's locking screws.

I am happy to discuss the issues raised in this letter with you.  I look forward to hearing from you.

Best regards,

Amanda M. Kessel
Senior IP Counsel
DePuy Synthes

cc:    Maria Maroulis, DePuy Synthes Vet

2