# **EXHIBIT G**



1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Tel 310.598.4150  Fax 310.556.9828
www.foxrothschild.com

James E. Doroshow
Email Address:  jdoroshow@foxrothschild.com

December 17, 2013

**VIA EMAIL [Kessel.Amanda@synthes.com] & U.S. MAIL**

Ms. Amanda M. Kessel
DePuy Synthes
1302 Wrights Lane
West Chester, PA 19380

  Re: **Veterinary Orthopedic Implants**

Dear Ms. Kessel:

  Thank you for your November 8, 2013 letter setting forth your position that the VOI products identified in your October 14, 2013 letter infringe each claim of U.S. Patent No. 8,523,921 (the '921 Patent).  While your letter includes a single photo to support your position, we respectfully submit that such a photo does not support a conclusion of infringement.

  As you are aware, an infringement analysis requires a review of the specific claims of the patent and a finding of infringement requires the accused device to include each element of a particular claim to literally infringe the claim.  In an effort to conclude this matter, we provide a brief explanation of at least one missing element of each independent claim of the '921 Patent.

  Independent claims 1, 19, and 20 each recite a bone plate including, in part, "a proximal portion having an upper surface and a bone-contacting surface opposite the upper surface, the bone-contacting surface of the proximal portion being pre-configured and dimensioned to conform to a tibial bone segment and having a contour formed as an arc of a cylinder having a

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia
Florida   Nevada   New Jersey   New York   Pennsylvania



Ms. Amanda M. Kessel
December 17, 2013
Page 2

contour axis extending in a plane including a first rotation axis defined by an intersection of a mid-plane and a transverse plane and rotated relative to the mid-plane about the first rotation axis by a first angle, the mid-plane bisecting the base plane, and the transverse plane being orthogonal to the mid-plane and the base plane, and wherein the axis is rotated relative to a second rotation axis defined by an intersection of the transverse plane and the base plane by a second angle;…"[1]

     During prosecution of the application which issued as the '921 Patent, the applicant amended the claims to further define the contour of the proximal portion and in doing so removed "being partially defined by" and clarified that the proximal portion has "a contour formed as an arc of a cylinder …." In distinguishing over U.S. Patent No. 6,623,486 (Weaver et al.), the applicant indicated that merely having a curved surface does not meet the requirements of the claims and that the curved, tapered and twisted configuration of the head portion thereof is distinct from the claimed contour.

     As you will see from a further review of the identified VOI TPLO plates, the plates do not have a contour defined by an arc of a cylinder. To the contrary, the proximal portion of each plate has distinct portions that are twisted or tapered relative to one another. This configuration was specifically disclaimed by the applicant.

     Independent claim 12 recites a bone plate including, in part, "a proximal portion comprising at least three screw holes each designed to accept a screw wherein a first screw hole is a superior screw hole, a second screw hole is a cranial screw hole located distally and cranially from the superior screw hole, and a third screw hole is a caudal screw hole located distally and caudally from the superior screw hole, wherein screw hole paths for the at least three screw holes are predetermined and angled so as to direct screws away from an articular surface between a tibia and a femur, away from an osteotomy surface of the tibia, and away from edges of the tibia and into a central mass of the tibia."

     The '921 Patent explains that the configuration of the screw holes illustrated in Figs. 8 and 9 achieves the claimed intended function. There is no further basis in the '921 Patent to determine what configuration of the screw holes will achieve the claimed intended function. Fig. 8 shows the caudal screw hole angled toward the mid-plane 44 in an opposite direction as the cranial and superior screw holes while Fig. 9 shows the superior screw hole angled toward the axes of the cranial and caudal screw holes.

---

[1] It is noted that Claim 19 differs in that it recites "conform to <u>the outer surface of the first</u> tibial bone segment," but otherwise recites the same limitations.



Ms. Amanda M. Kessel
December 17, 2013
Page 3

      As you will see from a further review of the identified VOI TPLO plates, the screw holes thereof are aligned with generally parallel axes and do not have the configuration disclosed in the '921 Patent which is necessary to achieve the intended function.

      Since even one missing element avoids a finding of infringement, we have included only one basis for each claim. We believe there are additional non-infringement bases. Additionally, based on our review, it is clear that the claims are invalid as they read on prior art and are also indefinite. We note that the Patent Trial and Appeal Board could not even understand the meaning of the claimed planes and overturned the Examiner's rejection based on such a misinterpretation.

      Our client has confirmed that they do not utilize the term "identical" in any marketing material and has reinforced with its sales people that such a term is not to be utilized. Our client has also confirmed that it has never heard of or dealt with "Marotta" or "Emerge Medical."

      To resolve this matter, our client is willing to re-package, re-label, and change the description of the "Swiss Style TPLO plates," including removal of the term "Swiss," if you will confirm that the identified VTPOL plates do not infringe any claims of the '921 Patent. Please let us know if you agree with such a resolution. Absent any response, we will assume this matter is concluded.

      I again thank you in advance for your anticipated cooperation.

                                     Sincerely,

                                       James E. Doroshow

JED:jo