**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DEPUY SYNTHES PRODUCTS, INC.
and DEPUY SYNTHES SALES, INC.,

    Plaintiffs,

v.

VETERINARY ORTHOPEDIC
IMPLANTS, INC.,

    Defendant.

_____/

Civil Action No.

**JURY TRIAL DEMANDED**

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

The undersigned, counsel of record for Plaintiffs DePuy Synthes Products, Inc. and DePuy Synthes Sales, Inc., furnishes the following in compliance with Fed. R. Civ. P. 7.1:

DePuy Synthes Products, Inc. and DePuy Synthes Sales, Inc. are indirectly wholly-owned subsidiaries of Johnson & Johnson, a publicly traded company.

Dated this 12th day of November 2018.

                                          GRAYROBINSON P.A.

                                          By: /s/ *R. Troy Smith*
                                          R. Troy Smith
                                          Florida Bar No. 485519
                                          50 N. Laura Street, Suite 1100
                                          Jacksonville, FL 32202
                                          Phone: (904) 598-9929
                                          Fax No.: (904) 598-9109
                                          *troy.smith@gray-robinson.com*
                                          *maria.daniels@gray-robinson.com*

                                          Matthew J. Becker (*pro hac* motion forthcoming)
                                          Connecticut Bar No. 404528
                                          Edward M. Mathias (*pro hac* motion forthcoming)

2

Connecticut Bar No. 429782
Rebecca L. Clegg (*pro hac* motion forthcoming)
Connecticut Bar No. 437155
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 275-8100
Fax: (860) 275-8101
*mbecker@axinn.com*
*tmathias@axinn.com*
*rclegg@axinn.com*

***Attorneys for Plaintiffs DePuy Synthes Products, Inc. and DePuy Synthes Sales, Inc.***