UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CASE NO.: 3:18-cv-01342-HES-PDB**

DEPUY SYNTHES PRODUCTS, INC.
and DEPUY SYNTHES SALES, INC.,

    Plaintiffs,

v.

VETERINARY ORTHOPEDIC IMPLANTS,
INC.,

    Defendant.
_____/

### *UNOPPOSED* MOTION FOR ADMISSION *PRO HAC VICE* AND WRITTEN DESIGNATION AND CONSENT TO ACT

Pursuant to Rule 2.02 of the Local Rules, United States District Court, Middle District of Florida, Defendant, Veterinary Orthopedic Implants, Inc. ("Veterinary Orthopedic"), by and through its undersigned counsel, respectfully moves this Court for an order allowing Jeff E. Schwartz, James E. Doroshow, Austen C. Endersby, and Ashe P. Puri to appear in this Court as counsel on behalf of Veterinary Orthopedic in the above-styled lawsuit. In support of this motion, Veterinary Orthopedic states:

    1.    Jeff E. Schwartz, James E. Doroshow, Austen C. Endersby, and Ashe P. Puri are members of the law firm of Fox Rothschild LLP, which serves as counsel for Veterinary Orthopedic and has been retained to represent Veterinary Orthopedic as counsel in the instant case.

    2.    Mr. Schwartz, Mr. Doroshow, Mr. Endersby, and Mr. Puri are not admitted to practice in the United States District Court for the Middle District of Florida.

3. Mr. Schwartz, Mr. Doroshow, Mr. Endersby, and Mr. Puri are not Florida residents.

4. Mr. Schwartz, whose professional address is Fox Rothschild LLP, 1030 15th Street, N.W., Suite 380 East, Washington, D.C. 20005, is a member in good standing of the District of Columbia Bar, Texas Bar, U.S. Patent & Trademark Office, United States Supreme Court, United States Court of Appeals for the Federal Circuit, United States Court of Appeals for Veterans Claims, United States Court of Federal Claims, United States District Court for the District of Columbia, United States District Court for the Eastern District of Michigan, and United States District Court for the Eastern District of Texas.

5. Mr. Doroshow, whose professional address is Fox Rothschild LLP, 10250 Constellation Blvd., Suite 900, Los Angeles, CA 90067, is a member in good standing of the California Bar, United States Court of Appeals for the Federal Circuit, United States District Court for the Central District of California, United States District Court for the Northern District of California, United States District Court for the District of Arizona, United States District Court for the District of Colorado, United States District Court for the District of Delaware, United States District Court for the District of New Hampshire, United States District Court for the Northern District of Georgia, and United States District Court for the Northern District of Illinois.

6. Mr. Endersby, whose professional address is Fox Rothschild LLP, 1030 15th Street, N.W., Suite 380 East, Washington, D.C. 20005, is a member in good standing of the Delaware Bar, District of Columbia Bar, United States Supreme Court, United States Court of

Appeals for the Federal Circuit, United States District Court for the District of Delaware, and United States District Court for the Eastern District of Michigan.

7. Mr. Puri, whose professional address is Fox Rothschild LLP, 10250 Constellation Blvd., Suite 900, Los Angeles, CA 90067, is a member in good standing of the California Bar, New Jersey Bar, New York Bar, Pennsylvania Bar, U.S. Patent & Trademark Office, United States Court of Appeals for the Ninth Circuit, United States District Court for the Central District of California, United States District Court for the Northern District of California, United States District Court for the Eastern District of Michigan, United States District Court for the Eastern District of New York, and United States District Court for the Southern District of New York.

8. Mr. Schwartz, Mr. Doroshow, Mr. Endersby, and Mr. Puri do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in Florida.

9. Mr. Schwartz has appeared in one (1) case before a court in Florida: *Digitech Information Systems, Inc. v BMW Auto Leasing, LLC et al*; United States District Court for the Middle District of Florida; Case No.: 6:10-cv-01373-JA-KRS.  Mr. Schwartz represented BMW Financial Services, NA, LLC and BMW Auto Leasing, LLC.  The case was filed on September 15, 2010 and terminated on April 4, 2012.

10. Mr. Doroshow, Mr. Endersby, and Mr. Puri have never appeared before a court in Florida.

11. Mr. Schwartz, Mr. Doroshow, Mr. Endersby, and Mr. Puri are familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of

Florida, including Rule 2.04 thereof.  Mr. Schwartz, Mr. Doroshow, Mr. Endersby, and Mr. Puri are familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

12. Mr. Schwartz, Mr. Doroshow, Mr. Endersby, and Mr. Puri designate Megan A. McNamara of the law firm of Fox Rothschild LLP, 777 S. Flagler Drive, Suite 1700 – West Tower, West Palm Beach, Florida 33401, Telephone: (561) 835-9600, as the lawyer upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of Mr. Schwartz, Mr. Doroshow, Mr. Endersby, and Mr. Puri.

13. Ms. McNamara is a member in good standing of The Florida Bar and the United States District Court for the Middle District of Florida, and consents to such designation.

14. Pursuant to Rule 2.02(a) of the Local Rules, United States District Court, Middle District of Florida, Mr. Schwartz, Mr. Doroshow, Mr. Endersby, and Mr. Puri certify that they will comply with the fee and e-mail registration requirements of Rule 2.01(d) of the Local Rules, United States District Court, Middle District of Florida, upon entry of an order granting this Motion[1].

---

[1] Mr. Schwartz, Mr. Doroshow, Mr. Endersby, and Mr. Puri were prepared to comply with the fee and e-mail registration requirements of Rule 2.01(d) of the Local Rules, United States District Court, Middle District of Florida, prior to the filing of the instant Motion, but the Clerk advised the undersigned to first file the instant Motion, and upon entry of an order granting the Motion, submit the special admission attorney certifications, admission fee checks, and email registrations.

WHEREFORE, Defendant, Veterinary Orthopedic Implants, Inc., moves this Court to enter an Order admitting Jeff E. Schwartz, James E. Doroshow, Austen C. Endersby, and Ashe P. Puri to practice before this Court *pro hac vice* for all purposes relating to the proceedings in the above-styled matter.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to Local Rule 3.01(g), I hereby certify that I have conferred with counsel for Plaintiffs, who agrees to the relief requested herein.

DATED: December 20, 2018

Respectfully submitted,

By: */s/ Megan A. McNamara*
Megan A. McNamara
Florida Bar No. 112636
FOX ROTHSCHILD, LLP
777 S. Flagler Drive
Suite 1700 - West Tower
West Palm Beach, FL 33401
Telephone: (561) 835-9600
Facsimile: (561) 835-9602
mmcnamara@foxrothschild.com

*Attorneys for Defendant*
*Veterinary Orthopedic Implants, Inc.*

-and-

Jeff E. Schwartz
District of Columbia Bar No. 442804
Austen C. Endersby
District of Columbia Bar No. 230747
FOX ROTHSCHILD LLP
1030 15th St. NW, Suite 380 East
Washington, DC 20005
Tel: (202) 461-3118
Email: jeschwartz@foxrothschild.com
aendersby@foxrothschild.com

James E. Doroshow
California Bar No. 112920
Ashe P. Puri
California Bar No. 297814
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Email: jdoroshow@foxrothschild.com
           apuri@foxrothschild.com

*Attorneys for Defendant*
*Veterinary Orthopedic Implants, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20th, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Megan A. McNamara*
       Megan A. McNamara

## SERVICE LIST

### CASE NO. 3:18-cv-01342-HES-PDB

**R. TROY SMITH, ESQ.**
GRAY ROBINSON P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202
Telephone: 904.598.9929
Facsimile: 904.598.9109
Email: *troy.smith@gray-robinson.com*

*Attorney for Plaintiffs*

**MATTHEW J. BECKER, ESQ.** (*pro hac vice*)
**EDWARD M. MATHIAS, ESQ.** (*pro hac vice*)
**REBECCA L. CLEGG, ESQ.** (*pro hac vice pending*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Telephone: 860.275.8100
Facsimile: 860.275.8101
Email: *mbecker@axinn.com*
*tmathias@axinn.com*
*rclegg@axinn.com*

*Attorney for Plaintiffs*