# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**CASE NO. 3:18-cv-01342-HES-PDB**

DEPUY SYNTHES PRODUCTS, INC.
and DEPUY SYNTHES SALES, INC.,

 Plaintiffs,

v.

VETERINARY ORTHOPEDIC
IMPLANTS, INC.,

 Defendant.
_____/

**DEFENDANT VETERINARY ORTHOPEDIC IMPLANTS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant/Counter-Plaintiff Veterinary Orthopedic Implants, Inc. ("VOI") gives notice that VOI is not a publicly traded company, it has no parent company, and no publicly traded company owns 10% or more of its stock.

Date: January 7, 2019

    Respectfully submitted,

    FOX ROTHSCHILD, LLP
    777 S. Flagler Drive
    Suite 1700 - West Tower
    West Palm Beach, FL 33401
    Tel: (561) 835-9600
    Fax: (561) 835-9602

    By: */s/ Megan A. McNamara*
     Megan A. McNamara
     Florida Bar No. 112636
     Email: mmcnamara@foxrothschild.com

Jeff E. Schwartz (*pro hac vice*)
District of Columbia Bar No. 442804
Austen C. Endersby (*pro hac vice*)
District of Columbia Bar No. 230747
FOX ROTHSCHILD LLP
1030 15th St. NW, Suite 380 East
Washington, DC 20005
Tel: (202) 461-3118
Email: jeschwartz@foxrothschild.com
　　　　aendersby@foxrothschild.com

James E. Doroshow (*pro hac vice*)
California Bar No. 112920
Ashe P. Puri (*pro hac vice*)
California Bar No. 297814
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Email: jdoroshow@foxrothschild.com
　　　　apuri@foxrothschild.com

*Attorneys for Defendant*
*Veterinary Orthopedic Implants, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **January 7, 2019**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I hereby certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

*/s/ Megan A. McNamara*
COUNSEL

**SERVICE LIST**

**CASE NO. 3:18-cv-01342-HES-PDB**

| | |
|---|---|
| **R. TROY SMITH, ESQ.**<br>GRAY ROBINSON P.A.<br>50 N. Laura Street, Suite 1100<br>Jacksonville, FL 32202<br>Telephone: 904.598.9929<br>Facsimile: 904.598.9109<br>Email: *troy.smith@gray-robinson.com*<br><br>*Attorney for Plaintiffs* | **MATTHEW J. BECKER, ESQ.** (*pro hac vice*)<br>**EDWARD M. MATHIAS, ESQ.** (*pro hac vice*)<br>**REBECCA L. CLEGG, ESQ.** (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103<br>Telephone: 860.275.8100<br>Facsimile: 860.275.8101<br>Email: *mbecker@axinn.com*<br>          *tmathias@axinn.com*<br>          *rclegg@axinn.com*<br><br>*Attorney for Plaintiffs* |