United States District Court
Middle District of Florida
Jacksonville Division

**DEPUY SYNTHES PRODUCTS, INC.,
& DEPUY SYNTHES SALES, INC.,**

*Plaintiffs,*

v.                                                                              **NO. 3:18-cv-1342-J-20PDB**

**VETERINARY ORTHOPEDIC IMPLANTS, INC.,**

*Defendant.*

---

## Order

The defendant seeks redaction of some lines of the transcript of the April 17, 2019, preliminary conference. Doc. 74. The defendant explains Judge Schlesinger and counsel discussed pricing of its products, design of its products, and communications between it and the manufacturer of its products. Doc. 74 at 3. The defendant contends the information is proprietary and commercially sensitive and its public disclosure would substantially harm the defendant insofar as competitors could access the information and obtain an economic advantage. Doc. 74 at 3.

The Court applies the law in the order dated April 9, 2019. Doc. 47 at 1–2. Because the information sought to be redacted was provided not to resolve a merits issue but to discuss case management and scheduling, the good-cause standard applies, and the presumption of public access does not. The defendant provides good cause, *see* Doc. 74 at 4–5, and its request is unopposed. The Court therefore **grants** the motion, Doc. 74, and **directs** the court reporter to redact the following lines from the transcript, Doc. 55, before public filing:

> Page 24, lines 9, 10, 11, 12, 13, and 15;
> Page 48, lines 7 and 8;

Page 54, lines 6, 13, 14, 19, 20, 22, 24; and
Page 55, lines 2 and 6.

The redactions must remain in place until the close of the case or any appeal,
whichever is later, or upon an order directing otherwise.

**Ordered** in Jacksonville, Florida, on May 13, 2019.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:    Counsel of Record
Shelli Kozachenko, RPR, CRR, CRC