United States District Court
Middle District of Florida
Jacksonville Division

**DEPUY SYNTHES PRODUCTS, INC.,
& DEPUY SYNTHES SALES, INC.,**

    *Plaintiffs,*

v.                                                                                             No. 3:18-cv-1342-J-20PDB

**VETERINARY ORTHOPEDIC IMPLANTS, INC.,**

    *Defendant.*

# Order

The plaintiffs seek leave to file a supplemental exhibit under seal in support of their response to the defendant's motion to compel. Doc. 79. They explain the exhibit contains confidential and commercially-sensitive information about how they market and price their products and assess the market. Doc. 79 at 3. They contend the information, if made public, will provide competitors a significant competitive or economic advantage. Doc. 79 at 3. They contend sealing beyond the typical one-year limit—to the end of the case or any appeal—is warranted because of the highly sensitive nature of the information. Doc. 79 at 3.

The Court applies the law in the order dated April 9, 2019. Doc. 47 at 1–2. Because the information sought to be sealed will be provided not to resolve a merits issue but to resolve a discovery dispute, the good-cause standard applies, and the presumption of public access does not. The plaintiffs provide good cause, *see* Doc. 79 at 3–5, and their request is unopposed. The Court therefore:

    (1)    **grants** the motion, Doc. 79;

    (2)    **directs** the plaintiffs to file the exhibit under seal; and

(3) **directs** the clerk to file the exhibit under seal until the close of the case or any appeal, whichever is later, or upon an order directing unsealing.

**Ordered** in Jacksonville, Florida, on May 21, 2019.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c: Counsel of Record