United States District Court
Middle District of Florida
Jacksonville Division

**DEPUY SYNTHES PRODUCTS, INC.,**
**& DEPUY SYNTHES SALES, INC.,**

    *Plaintiffs,*

v.                                                                     No. 3:18-cv-1342-J-20PDB

**VETERINARY ORTHOPEDIC IMPLANTS, INC.,**

    *Defendant.*

---

# Order

Before the Court is the defendant's motion to maintain under seal the response to the motion to stay the case, Doc. 108, and the plaintiffs' response in opposition, Doc. 109. Because the issues in the motion overlap with the issues in the motions for leave to file an amended complaint under seal, Docs. 89, S-92, the Court **defers** ruling on the motion to maintain the response under seal, Doc. 108, until the motions to seal an amended complaint have been decided.

**Ordered** in Jacksonville, Florida, on October 28, 2019.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:    Counsel of Record