# EXHIBIT D

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**CASE NO. 3:18-cv-01342-HES-PDB**

DEPUY SYNTHES PRODUCTS, INC.
and DEPUY SYNTHES SALES, INC.,

     Plaintiffs,

v.

VETERINARY ORTHOPEDIC
IMPLANTS, INC.,

     Defendant.
_____/

**DEFENDANT VETERINARY ORTHOPEDIC IMPLANTS, INC.'S OBJECTIONS AND
RESPONSES TO PLAINTIFFS' FOURTH SET OF REQUESTS FOR THE
<u>PRODUCTION OF DOCUMENTS AND THINGS (NOS. 91-93)</u>**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and this Court's Local Rules, Defendant Veterinary Orthopedic Implants, Inc. ("VOI") hereby responds to Plaintiffs DePuy Synthes Products, Inc. and DePuy Synthes Sales, Inc.'s (collectively, "DePuy") Fourth Set of Requests for the Production of Documents and Things (Nos. 91-93) (the "Requests"), as follows:

**<u>GENERAL OBJECTIONS</u>**

VOI incorporates by reference the General Objections set forth in VOI's Objections and Responses to DePuy's Second Set of Requests for the Production of Documents and Things (Nos. 10-85).

## **SPECIFIC OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION**

91. All documents concerning the design of VOI's NXT TPLO plates.

**RESPONSE:** VOI incorporates by reference the foregoing General Objections as if fully stated herein. VOI further objects on the grounds that this Request seeks information that is not relevant to the claims or defenses of any party. In addition, VOI objects on the grounds that this Request is overly broad, unduly burdensome, and not proportional to the needs of the case. Indeed, the NXT TPLO plates are not among the Accused Products that DePuy was explicitly required to include in its Amended Complaint, and therefore are not part of this case. *See* Transcript of April 17, 2019 Preliminary Pretrial Conference at 46:19-47:13, 49:9-13, 50:9-13, 52:16-19, 64:3-4, 65:5-9; *see also* Case Management and Scheduling Order (Doc. 87), at p. 3, n.2 ("Any Amended Complaint shall include a list of accused products and asserted claims."). In addition, VOI objects to the Request to the extent it seeks documents and/or information protected from disclosure by the attorney-client privilege or work product doctrine. VOI also objects to the extent this Request seeks the production of documents that are not within VOI's possession, custody, or control. VOI further objects to this Request on the grounds that it seeks the production of documents that post-date the filing of the Complaint in this matter. The parties have agreed that they generally need not produce documents that were created on or after the date the Complaint was filed (November 12, 2018).

92. Documents sufficient to show the specifications and schematics of VOI's NXT TPLO plates.

**RESPONSE:** VOI incorporates by reference the foregoing General Objections as if fully stated herein. VOI further objects on the grounds that this Request seeks information that is not relevant to the claims or defenses of any party. In addition, VOI objects on the grounds that this Request is overly broad, unduly burdensome, and not proportional to the needs of the case. Indeed, the NXT TPLO plates are not among the Accused Products that DePuy was explicitly required to include in its Amended Complaint, and therefore are not part of this case. *See* Transcript of April 17, 2019 Preliminary Pretrial Conference at 46:19-47:13, 49:9-13, 50:9-13, 52:16-19, 64:3-4, 65:5-9; *see also* Case Management and Scheduling Order (Doc. 87), at p. 3, n.2 ("Any Amended Complaint shall include a list of accused products and asserted claims."). VOI also objects to the extent this Request seeks the production of documents that are not within VOI's possession, custody, or control. VOI further objects to this Request on the grounds that it seeks the production of documents that post-date the filing of the Complaint in this matter. The parties have agreed that they generally need not produce documents that were created on or after the date the Complaint was filed (November 12, 2018).

93. All communications concerning the design and manufacture of VOI's NXT TPLO plates.

**RESPONSE:** VOI incorporates by reference the foregoing General Objections as if fully stated herein. VOI further objects on the grounds that this Request seeks information that is not relevant to the claims or defenses of any party. In addition, VOI objects on the grounds that this Request is overly broad, unduly burdensome, and not proportional to the needs of the case. Indeed, the NXT TPLO plates are not among the Accused Products that DePuy was explicitly

3

required to include in its Amended Complaint, and therefore are not part of this case. *See* Transcript of April 17, 2019 Preliminary Pretrial Conference at 46:19-47:13, 49:9-13, 50:9-13, 52:16-19, 64:3-4, 65:5-9; *see also* Case Management and Scheduling Order (Doc. 87), at p. 3, n.2 ("Any Amended Complaint shall include a list of accused products and asserted claims."). In addition, VOI objects to the Request to the extent it seeks documents and/or information protected from disclosure by the attorney-client privilege or work product doctrine. VOI also objects to the extent this Request seeks the production of documents that are not within VOI's possession, custody, or control. VOI further objects to this Request on the grounds that it seeks the production of documents that post-date the filing of the Complaint in this matter. The parties have agreed that they generally need not produce documents that were created on or after the date the Complaint was filed (November 12, 2018).

Date: February 5, 2020

By: */s/ Austen C. Endersby*
Jeff E. Schwartz (*pro hac vice*)
District of Columbia Bar No. 442804
Austen C. Endersby (*pro hac vice*)
District of Columbia Bar No. 230747
FOX ROTHSCHILD LLP
1030 15th St. NW, Suite 380 East
Washington, DC 20005
Tel: (202) 461-3118
Email: jeschwartz@foxrothschild.com
         aendersby@foxrothschild.com

Ryan N. Miller (*pro hac vice*)
Pennsylvania Bar No. 310126
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 299-2000
Email: rmiller@foxrothschild.com

James E. Doroshow (*pro hac vice*)
California Bar No. 112920

4

Ashe P. Puri (*pro hac vice*)
California Bar No. 297814
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Email: jdoroshow@foxrothschild.com
           apuri@foxrothschild.com

Megan A. McNamara
Florida Bar No. 112636
FOX ROTHSCHILD, LLP
777 S. Flagler Drive
Suite 1700 - West Tower
West Palm Beach, FL 33401
Tel:  (561) 835-9600
Fax:  (561) 835-9602
Email: mmcnamara@foxrothschild.com

           -and-

AKERMAN LLP
Cindy A. Laquidara
Florida Bar No.: 394246
Email: cindy.laquidara@akerman.com
Jacob A. Brown
Florida Bar No. 0170038
Email: jacob.brown@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, FL 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

*Attorneys for Defendant*
*Veterinary Orthopedic Implants, Inc.*

5

## CERTIFICATE OF SERVICE

I hereby certify that on **February 5, 2020**, I served the foregoing document via email on all of the individuals identified on the below Service List.

*/s/ Austen C. Endersby*
Austen C. Endersby

## SERVICE LIST

### CASE NO. 3:18-cv-01342-HES-PDB

**R. TROY SMITH, ESQ.**
GRAY ROBINSON P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202
Telephone: 904.598.9929
Facsimile:  904.598.9109
Email: *troy.smith@gray-robinson.com*

**JASON G. SHEASBY** (*pro hac vice*)
**ANDREW E. KRAUSE** (*pro hac vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Ste. 900
Los Angeles, CA 90067-4276
Phone: (310) 203-7096
Facsimile: (310) 203-7199
Email:  *jsheasby@irell.com*
        *eturner@irell.com*
        *akrause@irell.com*

Attorneys for Plaintiffs

6