United States District Court
Middle District of Florida
Jacksonville Division

**DEPUY SYNTHES PRODUCTS, INC.,**
**& DEPUY SYNTHES SALES, INC.,**

    *Plaintiffs,*

v.                                                     No. 3:18-cv-1342-J-20PDB

**VETERINARY ORTHOPEDIC IMPLANTS, INC.,**
**&** ▇▇▇▇▇▇▇▇▇▇▇▇,

    *Defendants.*

---

# Order

    Considering the Federal Circuit's extension of the stay of the order directing the clerk to unseal the amended complaint, *see* Docs. 125, 159, and the issues presented in the interlocutory appeal, *see* Doc. 128, the Court **grants** the unopposed motion by Veterinary Orthopedic Implants, Inc., to seal portions of the transcript of the closed hearing conducted on January 29, 2020, Doc. 181. The court reporter must redact the following lines **and the entire word index** from the transcript, Doc. 164, before filing the transcript on the public docket:

    **Page 4, lines 19, 20;**
    **Page 5, lines 1 and 9–12;**
    **Page 12, lines 22–25;**
    **Page 13 through lines 1–6**
    **Page 16, lines 1–3**
    **Page 23, line 25**
    **Page 24, lines 8, 21, 22, 25**
    **Page 25, lines 2–6, 12, 14–17, 23**
    **Page 32, lines 1–3**
    **Page 33, line 14**
    **Page 34, line 6**
    **Page 35, line 23**
    **Page 37, line 8**

The redactions must remain in place until the close of the case or any appeal, whichever is later, or upon an order directing otherwise.

**Ordered** in Jacksonville, Florida, on July 1, 2020.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:  Counsel of Record

Linda J. Beumer, RPR
Cornerstone Litigation Services, LLC
301 West Bay St., Suite 1400
Jacksonville, FL 32202