## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

### CASE NO. 3:18-cv-01342-HES-PDB

DEPUY SYNTHES PRODUCTS, INC.
and DEPUY SYNTHES SALES, INC.,

      Plaintiffs,

v.

VETERINARY ORTHOPEDIC
IMPLANTS, INC.,

      Defendant.

_____/

### DEFENDANT VETERINARY ORTHOPEDIC IMPLANTS, INC.'S
### SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(b), Defendant/Counter-Plaintiff Veterinary Orthopedic Implants, Inc. ("VOI") hereby supplements its January 7, 2019 Corporate Disclosure Statement (Dkt. 22). VOI gives notice that, as of May 5, 2020, Fidelio Capital d/b/a Ossium Group acquired a majority ownership of VOI. Neither Fidelio Capital nor VOI are publicly traded companies, and no publicly traded company owns 10% or more of VOI's stock.

DATED: October 19, 2020

                                    Respectfully submitted,

                                    **FOX ROTHSCHILD LLP**

                                    By: */s/ Megan A. McNamara*
                                      Megan A. McNamara
                                      Florida Bar No. 112636
                                      777 S. Flagler Drive

Suite 1700 - West Tower
West Palm Beach, FL 33401
Telephone: (561) 835-9600
Facsimile: (561) 835-9602
mmcnamara@foxrothschild.com

Jeff E. Schwartz (*pro hac vice*)
District of Columbia Bar No. 442804
Austen C. Endersby (*pro hac vice*)
District of Columbia Bar No. 230747
1030 15th St. NW, Suite 380 East
Washington, DC 20005
Telephone: (202) 461-3118
Email: jeschwartz@foxrothschild.com
aendersby@foxrothschild.com

James E. Doroshow (*pro hac vice*)
California Bar No. 112920
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Email: jdoroshow@foxrothschild.com

Ryan N. Miller (*pro hac vice*)
PA Bar No. 310126
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Email: rmiller@foxrothschild.com

-AND-

AKERMAN LLP
Cindy A. Laquidara
Florida Bar No.: 394246
Email: cindy.laquidara@akerman.com
Jacob A. Brown
Florida Bar No. 0170038
Email: jacob.brown@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, FL 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

*Attorneys for Defendant*
*Veterinary Orthopedic Implants, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **October 19, 2020**, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF, which will send a notice of electronic filing to all attorneys of record.

By: */s/ Megan A. McNamara*
       Megan A. McNamara