# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| DEPUY SYNTHES PRODUCTS, INC. and DEPUY SYNTHES SALES, INC., | )<br>)<br>) |
| Plaintiffs, | ) Case No. 3:18-CV-01342-HES-PDB<br>) |
| v. | )<br>) |
| VETERINARY ORTHOPEDIC IMPLANTS, INC., SYNTEC SCIENTIFIC CORPORATION, and FIDELIO CAPITAL AB, | )<br>)<br>)<br>) |
| Defendants. | ) |

**PLACEHOLDER FOR DEFENDANT VETERINARY ORTHOPEDIC IMPLANTS, INC.'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFFS' EXPERTS, MR. ROY WEINSTEIN AND DR. MICHAEL KOWALESKI**

Pursuant to Local Rule 1.11(d), Defendant Veterinary Orthopedic Implants, Inc. hereby files this placeholder for its Motion to Exclude Opinions and Testimony of Plaintiffs' Experts, Mr. Roy Weinstein and Dr. Michael Kowaleski, and Exhibits 1-3 and 7 thereto.

Respectfully submitted,                                Date: October 24, 2022

By: */s/ Cindy A. Laquidara*

| | |
|---|---|
| Cindy A. Laquidara | Sonja W. Sahlsten |
| Florida Bar No.: 394246 | Florida Bar No. 119797 |
| cindy.laquidara@akerman.com | sonja.sahlsten@finnegan.com |
| William C. Handle | J. Michael Jakes (*admitted pro hac vice*) |
| Florida Bar No. 1002425 | D.C. Bar No. 415471 |
| william.handle@akerman.com | mike.jakes@finnegan.com |
| AKERMAN LLP | Timothy J. May (*admitted pro hac vice*) |
| 50 North Laura Street, Suite 3100 | D.C. Bar No. 474276 |
| Jacksonville, FL 32202 | timothy.may@finnegan.com |
| Telephone: (904) 798-3700 | Kathleen Daley (*admitted pro hac vice*) |
| Facsimile: (904) 798-3730 | D.C. Bar No. 431887 |
| | kathleen.daley@finnegan.com |
| | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| | 901 New York Avenue, NW |
| | Washington, DC 20001 |
| | (202) 408-4000 |
| | |
| | Benjamin A. Saidman (*admitted pro hac vice*) |
| | Georgia Bar No. 117695 |
| | benjamin.saidman@finnegan.com |
| | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| | 271 17th Street, NW, Suite 1400 |
| | Atlanta, Georgia 30363 |
| | (404) 653-6400 |

*Attorneys for Defendant Veterinary Orthopedic Implants, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 24, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Cindy A. Laquidara*
Cindy A. Laquidara, Esq.
