Message

| | |
|---|---|
| **From**: | Dr. Brian Beale [drbeale@gcvs.com] |
| **Sent**: | 8/7/2017 2:42:15 PM |
| **To**: | Steve McQueen [steve@vetimplants.com] |
| **CC**: | Tim Van Horssen [tim@vetimplants.com]; Veterinary Orthopedic Implants [patrick@vetimplants.com] |
| **Subject**: | Fixin shape TPLO Plates - revision 1 |
| **Attachments**: | VOI Fixin-style TPLO Plate Rev 1 Aug 2017.pdf |

Hi Steve,
Here are my comments on the Fixin Style TPLO plate. The plates would work as-is, but I have given you my personal bias.
If you have any questions, feel free to get back to me.
Thanks,
Brian

06-28-22, LB
**Ledet 8**

**PLAINTIFFS'**
TRIAL EXHIBIT
**52**
3:18-CV-01342-HES-PDB

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY, SUBJECT TO PROTECTIVE ORDER            VOI_030067

PX0052.1