



Medial View
06-28-22, LB
Ledet 9
exhibitsticker.com
make sure pin hole easily fits a 0.045" or 1.2 mm k-wire
taper edge
taper edge
taper edge
dual purpose hole 4
plate profile good
stacked hole 5
dual purpose hole 6
make sure pin hole easily fits a 0.045" or 1.2 mm k-wire and move hole cranially
make slightly longer to allow taper edge
1
2
3
4
5
6
revision
aim slightly more distal and cranial
aim slightly more distal
redirect this screw more cranial and distal
1
2
3
4
5
6
original
PLAINTIFFS'
TRIAL EXHIBIT
53
3:18-CV-01342-HES-PDB

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY, SUBJECT TO PROTECTIVE ORDER

# Caudal View

slight cranial twist of caudal edge head of Synthes plate

current angle hole 1

new angle hole 1, 5° more distal

hole 3 sits off bone; plate profile could improve slightly by adding small cranial twist at caudal edge of head of plate - this would also affect the screw exit points; if a slight twist is added, the exit points of the screws may not need to change in cranial direction, but still would need to be directed slightly more distal (see slides 2,3,4)

revision

3

redirect this screw cranially and slightly more distal

original

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY, SUBJECT TO PROTECTIVE ORDER



## Oblique Caudal View

## Oblique Lateral View





revision

revision

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY, SUBJECT TO PROTECTIVE ORDER    VOI_030072
PX0053.5

# Medial Intra-op View




I would initially offer 5 sizes of this plate:

2.0, 2.4, 2.7, 3.5, 3.5 broad (this plate would be 3.5)

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY, SUBJECT TO PROTECTIVE ORDER

# Original Slide



HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY, SUBJECT TO PROTECTIVE ORDER

VOI_030074
PX0053.7

# Original Slide



Look at orientation of Synthes next slide

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY, SUBJECT TO PROTECTIVE ORDER

# Original Slide



desired angles

slightly distal direction



**Head screw angulations**
A. Cranial screw: 5° caudal
B. Proximal screw: 3° distal/5° caudal
C. Caudal screw: 3° cranial

VOI Fixin style

Synthes

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY, SUBJECT TO PROTECTIVE ORDER