UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| DEPUY SYNTHES PRODUCTS, INC. and DEPUY SYNTHES SALES, INC., | Case No. 3:18-cv-01342-HES-PDB |
| Plaintiffs, | |
| vs. | |
| VETERINARY ORTHOPEDIC IMPLANTS, INC., SYNTEC SCIENTIFIC CORPORATION, and FIDELIO CAPITAL AB, | |
| Defendants. | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you. Additionally, please follow the directions provided throughout the form. Your answer to each question must be unanimous.

# Infringement

Please answer for each separate claim by checking either the "YES" column or "NO" column.

**Question 1. Has Synthes proven that VOI has infringed the following claims?**

| '921 Patent | YES (infringed) | NO (not infringed) |
|---|---|---|
| Claim 1 | ✓ yes | |
| Claim 12 | ✓ yes | |
| Claim 20 | ✓ yes | |

| '728 Patent | YES (infringed) | NO (not infringed) |
|---|---|---|
| Claim 1 | ✓ yes | |

[Instructions: If you answered "YES" for ANY claim in Question 1, please answer Question 2. If you answered "NO" for ALL claims in Question 1, skip to Question 3.]

**Question 2. Has Synthes proven that Fidelio is liable for VOI's infringement?**

YES ✓      NO ____

## Validity

Please answer for each separate claim by checking either the "YES" column or "NO" column.

Question 3. Have VOI and Fidelio proven that the following claims are invalid?

| '921 Patent | YES (invalid) | NO (not invalid) |
|---|---|---|
| Claim 1 | | ✓ no |
| Claim 12 | | ✓ no |
| Claim 20 | | ✓ no |

| '728 Patent | YES (invalid) | NO (not invalid) |
|---|---|---|
| Claim 1 | | ✓ no |

## Damages

[Instructions: Please answer Question 4 only if you have found ANY claim to be infringed and not invalid.]

**Question 4. What amount of damages do you find Synthes has proven?**

$ 59,469,384.00

## Willful Infringement

[Instructions: Please answer Question 5 only if you have found ANY claim to be infringed and not invalid]

**Question 5. Has Synthes proven that the infringement by VOI was willful?**

YES ✓       NO ____

[Instructions: Please answer Question 6 only if you answered "YES" to Question 2.]

**Question 6. Has Synthes proven that Fidelio was willful?**

YES ✓       NO ____

So say we all.

SIGNED this 13 day of January, 2023.

[signature redacted]

JURY FOREPERSON