# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| DEPUY SYNTHES PRODUCTS, INC. and DEPUY SYNTHES SALES, INC., | Case No. 3:18-cv-01342-HES-PDB |
| Plaintiffs, | |
| vs. | |
| VETERINARY ORTHOPEDIC IMPLANTS, INC., SYNTEC SCIENTIFIC CORPORATION, and FIDELIO CAPITAL AB, | |
| Defendants. | |

## NOTICE OF SUPPLEMENTAL FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER

11182014

Plaintiffs DePuy Synthes Products, Inc. and DePuy Synthes Sales, Inc. (together, "Synthes") respectfully submit this notice to inform the court of supplemental facts in support of Plaintiffs' Motion for a Temporary Restraining Order (Dkt. 571).

Plaintiffs filed their motion after learning that Defendants were attempting to evade the impact of the requested permanent injunction by flooding the market with infringing products. In particular, defendants began to send large numbers of infringing products to veterinarians who had not ordered them. For example, Synthes learned of one instance where "a surgeon received over $100,000 of TPLO plate and screw inventory that they did not order." (Plaintiffs' Motion for Temporary Restraining Order, Dkt. 571 at 3).

Since filing their Motion, Plaintiffs have obtained the screenshots depicted below evidencing discussions of VOI's post-verdict activity.

1. First, a link to an article entitled "J&J unit wins $59.4 million verdict in veterinary implant patent trial" was posted to a Facebook group for mobile veterinary surgeons called "SURGE". (<https://www.reuters.com/legal/litigation/jj-unit-wins-594-million-verdict-veterinary-implant-patent-trial-2023-01-13/>). This link prompted several users to post comments regarding VOI's recent activities.

One of the top comments reads: "Wonder if this has anything to do with the recent sudden unauthorized shipping of tens of thousands of dollars of VOI TPLO plates and locking screws to current veterinary surgeon customers."



2. Another series of comments also discussed significant shipments of TPLO plates and related consumables. For example, another user commented: "Timing of lawsuit 1/13/23 publication and recent unauthorized shipment of product (plates and screws) 1-2 days ago is extremely suspicious. Especially for VOI (Movora) money/cash flow and revenue/income."

A reply read: "😒😳🥴Eureka 💡," and a fourth commented "about to say the same."



3. Another user related the following:

I got the letter, apparently shipped out today. Everyone should check their email and junk mail. It was from Pierre D'Amours. I've never heard of him…

Here is another kicker, I've had issues with FedEx not delivering. I have plates stuck at a shipping facility nearby for a week and nobody knows anything 😳

So I'm glad I read my email stating that someone is sending me a huge package probably 30-50k range, oh I didn't get an invoice to say how much was being sent… I did not order. But says that if I don't want it, to send it back…

Yes, I'm probably going to keep it but just don't like to be told what to do. 😅

> I got the letter, apparently shipped out today. Everyone should check their email and junk email. It was from Pierre D'Amours. I've never heard of him...
>
> Here is another kicker, I've had issues with FedEx not delivering. I have plates stuck at a shipping facility nearby for a week and nobody knows anything 😅
>
> So I'm glad I read my email stating that someone is sending me a huge package probably in the 30-50k range, oh I didn't get an invoice to say how much was being sent... I did not order. But says that if I don't want it, to send it back...
>
> Yes I'm probably going to keep it but just don't like being told what to do 🤣

Pierre D'Amours is listed as part of VOI's executive team and as its "Director of Sales." (https://vetimplants.com/executive-team/).

4. Others reported receiving similar communications from VOI (Movora). *See* Trial Tr. (Bonnier) at 632:24 ("Kyon, BioMedtrix, and VOI is currently a part of Movora.").

> I received an email today from an executive at Movora stating that they were shipping me a chunk of inventory that I hadn't ordered. I asked my rep who replied with a formulaic email stating she "had to act quickly" to send out stock due to backorder issues. The shipment appears to be $33000 worth of screws and they've already set up a monthly payment plan. I'm not against a preorder but this seems really odd to me. Anyone else get this?

> I received an email today from an executive at Movora stating that they were shipping me a chunk of inventory that I hadn't ordered. I asked my rep who replied with a formulaic email stating she "had to act quickly" to send out stock due to backorder issues. The shipment appears to be $33000 worth of screws and they've already set up a monthly payment plan. I'm not against a preorder but this seems really odd to me. Anyone else get this?

5. Another user commented: "I got an email from Pierre, my rep and a VM. Sounded like I needed to agree to it though. My order was $100,000 😳 but only TPLO stuff because of anticipated supply chain issues"

A user replied to this comment: "Received all the things today. I talked to my rep about it and asked if it was truly due to anticipated backorders and supply issues and she basically said there may be more to it than that but wouldn't expand. Definitely set off some alarm bells."



The supplemental facts outlined above further support the assertions raised in Plaintiffs' Motion for a Temporary Restraining Order. Dkt. 571 at 3 ("On January 19, 2023 it came to Synthes' attention that VOI was actively seeking to dump inventory of the Infringing Implants onto the market.").

Dated this 23rd day of January, 2023.

> GRAYROBINSON, P.A.
>
> By: /s/ R. Troy Smith
> Jason G. Sheasby (admitted *pro hac vice*)
> California Bar No.: 205455
> Lisa S. Glasser (admitted *pro hac vice*)
> California Bar No.: 223406
> Andrew E. Krause (admitted *pro hac vice*)
> California Bar No.: 294850
> Stephen Payne (admitted *pro hac vice*)
> California Bar No.: 310567
> Irell & Manella, LLP
> 1800 Avenue of the Stars, Ste. 900
> Los Angeles, CA 90067-4276
> Phone: (310) 203-7096
> Facsimile: (310) 203-7199
> *jsheasby@irell.com*
> *akrause@irell.com*
>
> -and-
>
> R. Troy Smith
> Florida Bar No. 485519
> 50 N. Laura Street, Suite 1100
> Jacksonville, FL 32202
> Phone: (904) 598-9929
> Facsimile: (904) 598-9109
> *troy.smith@gray-robinson.com*
> *maria.daniels@gray-robinson.com*
>
> ***Attorneys for Plaintiffs DePuy Synthes Products, Inc. and DePuy Synthes Sales, Inc.***