UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEPUY SYNTHES PRODUCTS,
INC. and DEPUY SYNTHES SALES,
INC.,
      Plaintiffs,

v.                                   Case No. 3:18-cv-1342-HES-PDB

VETERINARY ORTHOPEDIC
IMPLANTS, INC., SYNTEC
SCIENTIFIC CORPORATION,
and FIDELIO CAPITAL AB,
      Defendants.
_____/

## O R D E R

**THIS CAUSE** is before this Court on "Defendants' Opposed Motion and Memorandum of Law to (1) Continue the March 22, 2023 Hearing, (2) Request an Evidentiary Hearing, (3) Request Additional Time to Respond to Plaintiffs' Motion, (4) Request Additional Pages for Defendants' Opposition, and (5) Rule 3.01(g) Certification" (Dkt. 601), "Synthes' Response to Defendants' Motion to (1) Continue the March 22, 2023 Hearing, (2) Request for an Evidentiary Hearing, (3) Request for Additional Time to Respond to Plaintiffs' Motion, (4) Request Additional Pages for Defendants' Opposition" (Dkt. 608), and on "Defendants' Motion for Leave to File a Reply in Support of Their Motion to Continue the Hearing on Plaintiffs' Motion for Order to Show Cause and Rule 3.01(g) Certification" (Dkt. 609).

Accordingly, it is **ORDERED**:

1.  "Defendants' Opposed Motion and Memorandum of Law to (1) Continue the March 22, 2023 Hearing, (2) Request an Evidentiary Hearing, (3) Request Additional Time to Respond to Plaintiffs' Motion, (4) Request Additional Pages for Defendants' Opposition, and (5) Rule 3.01(g) Certification" (Dkt. 601) is **GRANTED IN PART**;

2.  The March 22, 2023 hearing is rescheduled to **Monday, April 3, 2023 at 9:30 a.m. through Tuesday, April 4, 2023**;

3.  The request for an evidentiary hearing is **GRANTED**;

4.  The unopposed request for Defendants to use up to 30 pages for their opposition is **GRANTED**;

5.  The request for additional time to respond to Plaintiffs' Motion is **GRANTED**. Defendants shall file their response on or before **March 24, 2023, by 5:00 p.m.**; and

6.  "Defendants' Motion for Leave to File a Reply in Support of Their Motion to Continue the Hearing on Plaintiffs' Motion for Order to Show Cause and Rule 3.01(g) Certification" is **GRANTED**.

**DONE AND ORDERED** at Jacksonville, Florida, this __15th__ day of March, 2023.

```
                                    _____
                                    HARVEY E. SCHLESINGER
                                    UNITED STATES DISTRICT JUDGE
```

Copies to:
Jason G. Sheasby, Esq.
Andrew E. Krause, Esq.
Robert Troy Smith, Esq.
Lisa S. Glasser, Esq.
Stephen Payne, Esq.
Cindy A. Laquidara, Esq.
Adam C. Remillard, Esq.
Brady Nash, Esq.
Jason L Romrell, Esq.
Jency J. Mathew, Esq.
Kathleen A. Daley, Esq.
Sonja Sahlsten, Esq.
J. Michael Jakes, Esq.
Benjamin A. Saidman, Esq.
Kathleen A. Daley, Esq.
Timothy J. May, Esq.
William Charles Handle, Esq.
Dov P. Grossman, Esq.
A. Joshua Podoll, Esq.
Sara E. Margolis, Esq.
Jeffrey A. Lamken, Esq.
Caleb M. Hayes-Deats, Esq.